■■■ Geoff Cannon et al., Appellants, v COR Ridge Road Company, LLC, Respondent, et al., Defendant. [907 NYS2d 926]— Appeal from an order of the Supreme Court, Monroe County (David Michael Barry, J.), entered July 10, 2009 in a personal injury action. The order, insofar as appealed from, granted in part the motion of defendant COR Ridge Road Company, LLC for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Fahey, J.P., Carni, Lindley, Green and Gorski, JJ.